# COURT MINUTES/ORDER

## United States Magistrate Judge Patrick M. Hunt

Date: 3/27/2017   Time: 11:00am

Defendant: Jeffrey Leibowitz (J) ✓   J#: _____   Case #: 17-60084-cr-Dimitrouleas

AUSA: Julia Vaglienti ✓   Attorney: _____

Violation: 21:841

Proceeding: Initial Appearance   CJA Appt: _____

Bond/PTD Held: ☐ Yes  ☐ No   Recommended Bond: _____

Bond Set at: _____   Co-signed by: _____

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ____ x's a week/month by phone: ____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services _____ Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ____ pm to ____ am, paid by _____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: _____
- ☐ Other: _____

Language: _____

Disposition: Deft advised of charges. Deft going to hire own attorney

**NEXT COURT APPEARANCE**   Date:   Time:   Judge:   Place:

Report RE Counsel: 3/30/17   10:30am   Hunt   FH
PTD/Bond Hearing: 3/30/17   10:30am   Hunt   FH
Prelim/Arraign or Removal: 3/30/17   10:30am   Hunt   FH
Status Conference RE: _____

Check if Applicable: ☐ The motion to continue to permit the defendant to hire counsel is GRANTED. The time from today through the rescheduled date is excluded from the deadline for trial as computed under the Speedy Trial Act, since the ends of justice served by granting this continuance outweigh the interests of the defendant and the public in speedy trial.

D.A.R. 11:02:56   Time in Court: 7 min

Page: 4