# UNITED STATES DISTRICT COURT FOR SOUTHERN DISTRICT OF FLORIDA **COURT/ORDER MINUTES**
## U.S. MAGISTRATE JUDGE PATRICK M. HUNT - FORT LAUDERDALE, FLORIDA ROOM 205-C

**DEFT:** JEFFREY LEIBOWITZ (J)#15860-104   **CASE NO:** 17-60084-CR-DIMITROULEAS/SNOW

**AUSA:** FRANK TAMEN (B. BROWN DUTY)   **ATTY:** GEORGE RERES

**USPO:**   **VIOL:** 21:USC 841

**PROCEEDING:** PRETRIAL DETENTION/RRC AND POSSIBLE ARRAIGNMENT   **RECOMMENDED BOND:**

**BOND/PTD HEARING HELD - yes / no**   **COUNSEL APPOINTED:**

**BOND SET @:** $250,000 CSB W/NEBBIA   **To be cosigned by:**

- ☐ All standard conditions
- ☐ Do not encumber property.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☐ Rpt to PTS as directed / or_ x's a week/month by phone; _ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Electronic Monitoring:
- ☐ Travel extended to:
- ☐ Other:

ATTORNEY GEORGE E. RERES FILED TEMPORARY APPEARANCE IN OPEN COURT

BOTH SIDES STIPULATE TO $250,000 CSB WITH NEBBIA

RESERVING RIGHT TO PTD AT A LATER DATE

NO BOND HEARING

** THE TIME FROM TODAY THROUGH THE RE-SCHEDULE DATE IS EXCLUDED FROM THE DEADLINE FOR TRIAL AS COMPUTED UNDER THE SPEEDY TRIAL ****

**NEXT COURT APPEARANCE:**   DATE:   TIME:   JUDGE:   PLACE:

**REPORT RE COUNSEL:** APRIL 5 2017 AT 11 AM DUTY (SELTZER)

**PTD/BOND HEARING:**

**PRELIM/ARRAIGN OR REMOVAL:** APRIL 5 2017 AT 11 AM DUTY (SELTZER)

**STATUS RE DEPOSITION:**

**DATE:** 03/30/17   **TIME:** 11:00 AM   FTL/TAPE/# PMH-   Begin DAR:

[5 MINS]   11:12:02