UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA
Plaintiff,

CASE NO. 17-60084-CR-DIMITROULEAS

vs.

JEFFREY LEIBOWITZ
Defendant

**ORDER GRANTING CONTINUANCE**

This matter having come before the Court on a Defendant's Motion for Continuance. After due consideration, it is

ORDERED AND ADJUDGED that this case is hereby continued to the two-week trial calendar commencing July17, 2017 at 9:00 A.M. o'clock, or as soon thereafter as the case may be called. **COUNSEL AND DEFENDANT(S)** shall report to a Calendar Call to be held on FRIDAY, July 14, 2017, at 9:00 a.m. o'clock. It being further

ORDERED that the period from the date of this order to the time of trial shall be deemed excludable in computing the time within which the trial of this case must commence pursuant to Title 18, U.S.C., Section 3161(h)(8)(A), this Court finds that the ends of justice served by continuing the trial outweigh the best interest of the public and the defendant(s) in a speedy trial.

DONE AND ORDERED this 8th day of May, 2017.

WILLIAM P. DIMITROULEAS
United States District Judge

cc: Julia Vaglienti, AUSA
George Reres, Esq.